```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 13117
   DEBORAH L ZEPEDA
   GUSTAVO ZEPEDA                            CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-2013    SSN XXX-XX-2621

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/13/2006 and was confirmed 02/08/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  30.00%.

     The case was dismissed after confirmation 02/19/2009.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
AMERICA SERVICING COMPAN  CURRENT MORTG         .00             .00            .00
AMERICAS SERVICING COMPA  NOTICE ONLY     NOT FILED             .00            .00
GMAC                      SECURED VEHIC    8450.45          595.18         6623.40
ALLIANT CREDIT UNION      UNSECURED        1369.63             .00           20.37
CAPITAL ONE               UNSECURED            .00             .00            .00
CHASE BANK USA NA         UNSECURED         203.79             .00            .00
ECAST SETTLEMENT CORP     UNSECURED        1664.71             .00           33.62
ECAST SETTLEMENT CORP     UNSECURED        2332.15             .00           47.10
ROUNDUP FUNDING LLC       UNSECURED            .00             .00            .00
FEDERATED RETAIL HOLDING  UNSECURED        1997.65             .00           40.35
CAPITAL RECOVERY ONE      UNSECURED         166.48             .00            .00
ECAST SETTLEMENT CORP     UNSECURED        1294.14             .00           19.24
ROUNDUP FUNDING LLC       UNSECURED        2507.55             .00           50.65
WELLS FARGO FINANCIAL IL  UNSECURED         734.50             .00            .00
ROUNDUP FUNDING LLC       UNSECURED         151.81             .00            .00
GMAC                      SECURED VEHIC        .00             .00            .00
WELLS FARGO FINANCIAL IL  UNSECURED         709.24             .00            .00
CAPITAL ONE               UNSECURED        3816.79             .00           77.09
AMERICA SERVICING COMPAN  SECURED NOT I        .00             .00            .00
FEDERATED RETAIL HOLDING  UNSECURED        2326.62             .00           47.00
IL STATE DISBURSEMENT UN  NOTICE ONLY     NOT FILED             .00            .00
CHASE BANK USA NA         SECURED NOT I     572.59             .00            .00
GROCHOCINSKI & GROCHOCIN  DEBTOR ATTY      1,384.00                       1,384.00
TOM VAUGHN                TRUSTEE                                           662.00
DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      9,600.00


                     PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 13117 DEBORAH L ZEPEDA & GUSTAVO ZEPEDA
```

```
PRIORITY                                                              .00
SECURED                                                          6,623.40
    INTEREST                                                       595.18
UNSECURED                                                          335.42
ADMINISTRATIVE                                                   1,384.00
TRUSTEE COMPENSATION                                               662.00
DEBTOR REFUND                                                         .00
                                   ---------------     ---------------
TOTALS                                    9,600.00            9,600.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/26/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE